IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DAVID BEST,

        Defendant.

Criminal No. 13-0195
ELECTRONICALLY FILED

| **Hearing Held: Sentencing** <br> **Date of Hearing:   12/15/14** <br> **Before Judge Arthur J. Schwab** | |
|---|---|
| AUSA | Eric Rosen |
| Defense Counsel | Stanton Levenson |
| Probation Officer | Andrew Wawzyn |
| Court Reporter | Sandra Wenger |
| Law Clerk/Deputy Clerk | LCB/LCK |
| Start time | 9:35 AM |
| End time | 1:45 PM |

DEFENDANT PRESENT

**NOTED:**

The defendant is sentenced to a 288- month term of imprisonment to be followed by a 10-year term of supervised release.   A mandatory $1,100.00 special assessment is imposed, a fine is waived for inability to pay.   Restitution is imposed in the amount of $31,503.20.

**WITNESSES:**

1) Dr. Robert Wettstein
2) Pastor Timothy Miller
3) Erinn Best
4) James Ray Best
5) Betty L. Best